# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CURTIS LEE [#NM5060] AKA STEVEN ACKRIDGE, | : | No. 61 EM 2019 |
| | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN J. TALABER, ESQUIRE, DEFENDANT SECRETARY, PENNSYLVANIA BOARD OF PROBATION AND PAROLE ["PBPP"], ET AL, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 12th day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.